**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

_____

**NORTH CENTRAL STATES REGIONAL COUNCIL OF**
**CARPENTERS PENSION FUND**
**and JERRY SHEA (in his capacity as Trustee),**

        **Plaintiffs,**

  **v.**                                     **Case No.   20-cv-899**

**DOOR SERVICE, INC.,**

        **Defendant.**

_____

## NOTICE OF VOLUNTARY DISMISSAL

_____

Pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the Plaintiffs hereby voluntarily

dismiss the above-entitled action without prejudice.

Dated this 12th day of January, 2021.

s/Alex J. Sterling_____
Alex J. Sterling (SBN: 1107931)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com

Attorney for Plaintiffs